UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DAVID WILLIAM BELL, <br><br> Defendant-Appellant. | No. 18-50008 <br><br> D.C. No. 5:15-cr-00064-VAP <br> Central District of California, <br> Riverside <br><br> ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 12) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7

DV/AppComm Direct Criminal